IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON KETTLES | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CUSTOMERS BANK | : | NO. 18-2754 |

## O R D E R

**AND NOW, TO WIT:** 5th day February 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


Kate Barkman, Clerk of Court

_Marie O'Donnell_
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON 2/6/2019



# MURPHY LAW GROUP, LLC

### DEDICATED TO PROTECTING EMPLOYEE RIGHTS

**ATTORNEYS**

MICHAEL MURPHY**
MICHAEL C. GROH***
BENJAMIN SALVINA**
PREEYA BANSAL**
EDMUND C. CELIESIUS*

*(Admitted in PA)
**(Admitted in PA & NJ)
***(Admitted in PA, NJ, & NY)

February 5, 2019

**Via Facsimile Only: 215-580-2356**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 7613
Philadelphia, PA 19106-1797

      **Re:   Sharon Kettles v. Customers Bank**
              **U.S. District Court, E.D.P.A, Civil Action No.: 18-cv-02754**

Dear Judge Brody:

     I am counsel for the Plaintiff, Sharon Kettles, in the above-referenced matter. The purpose of my writing is to advise that the parties have settled this matter amicably. Accordingly, the parties hereby request dismissal of this matter, with prejudice and without costs.

     Thank you for your time and consideration.

                                   Respectfully submitted,

                                   Michael Murphy, Esquire

MM/el
Cc: Magistrate Judge David Strawbridge (via facsimile)
James Gavin, Esquire (via electronic mail)



Eight Penn Ctr., Ste. 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
T: 267.273.1054  F: 215.525.0210
murphy@phillyemploymentlawyer.com
www.phillyemploymentlawyer.com